# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154089

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WAYNE ROBERT FARREN,
      Defendant-Appellant.

SC: 154089
COA: 326593
Crawford CC: 12-093344-FC

_____/

      On order of the Court, the application for leave to appeal the May 17, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk

t0424